# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   NELSON DIAZ                                     §
        GLORIA DIAZ                                   §   Case No.: 10-23501
                                                                      §
                                                                      §
                                                                      §
        Debtor(s)                                              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2010.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/19/2010.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 36,100.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 1,600.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,600.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,489.60 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 110.40 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,600.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DEPT STORES NATIONAL | UNSECURED | 978.00 | 977.88 | 977.88 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 4,823.51 | .00 | 4,823.51 | .00 | .00 |
| MORTGAGE SERV CENTE | SECURED | 360,166.00 | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 8,500.00 | 1,176.58 | 1,176.58 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 210.62 | 210.62 | .00 | .00 |
| CITIBANK NA | UNSECURED | 13,630.00 | 13,812.39 | 13,812.39 | .00 | .00 |
| CITIBANK NA | UNSECURED | 12,318.00 | 12,493.92 | 12,493.92 | .00 | .00 |
| CITIBANK NA | UNSECURED | 6,390.00 | 6,475.73 | 6,475.73 | .00 | .00 |
| CITIBANK NA | UNSECURED | 5,000.00 | 5,396.06 | 5,396.06 | .00 | .00 |
| CITIBANK NA | UNSECURED | 7,416.00 | 7,180.31 | 7,180.31 | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | NA | 652.10 | 652.10 | .00 | .00 |
| ECMC | UNSECURED | 7,416.00 | 7,432.60 | 7,432.60 | .00 | .00 |
| CANDICA LLC | UNSECURED | NA | 4,746.04 | 4,746.04 | .00 | .00 |
| CHASE BANK USA | UNSECURED | NA | 931.00 | 931.00 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 3,401.00 | 3,447.59 | 3,447.59 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,530.00 | 1,530.00 | 1,530.00 | .00 | .00 |
| HOLY FAMILY MEDICAL | UNSECURED | NA | 3,768.00 | 3,768.00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,654.00 | 3,095.92 | 3,095.92 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 375.93 | 375.93 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 605.22 | 605.22 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 723.00 | 754.57 | 754.57 | .00 | .00 |
| GEMB ABT TV | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROTHERS HEA | UNSECURED | 396.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 4,640.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 4,291.00 | 4,291.41 | 4,291.41 | .00 | .00 |
| CARMEN DIAZ | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| CHASE STUDENT LOAN S | UNSECURED | 13,198.00 | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 8,786.00 | 9,084.25 | 9,084.25 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,961.00 | 5,965.23 | 5,965.23 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,380.00 | 4,746.65 | 4,746.65 | .00 | .00 |
| CHASE CC | OTHER | .00 | NA | NA | .00 | .00 |
| CITI CORP CREDIT SER | UNSECURED | 7,085.00 | NA | NA | .00 | .00 |
| CITIBANK SOUTH DAKOT | UNSECURED | 1,672.00 | 1,672.96 | 1,672.96 | .00 | .00 |
| CITIBANK STUDENT LOA | UNSECURED | 5,334.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/DISCOUNT TIRES | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | .00 | 3,318.64 | 3,318.64 | .00 | .00 |
| HSBC BEST BUY | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC CARSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | 422.04 | 422.04 | .00 | .00 |
| ICS | UNSECURED | 1,645.00 | NA | NA | .00 | .00 |
| LEXUS FINANCIAL SVC | UNSECURED | 1,193.00 | NA | NA | .00 | .00 |
| MARIA ESTRADA | UNSECURED | 9,000.00 | NA | NA | .00 | .00 |
| PRO PSYCH ASSOCIATES | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROGERS & HOLLANDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 6,957.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 6,763.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 4,306.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 4,174.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,201.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,099.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,908.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 843.00 | NA | NA | .00 | .00 |
| SEARS CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 4,823.51 | .00 | .00 |
| **TOTAL SECURED:** | 4,823.51 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,176.58 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,176.58 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 103,387.06 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,600.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,600.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/17/2010          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**